MAR 27 2025 AM11:02
FILED - USDC - NDTX - LU

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

JOSE PENA-GARCIA

No. 5:25-MJ-57-BV

# MOTION FOR PRETRIAL DETENTION

The United States asks for the pretrial detention of Defendant under Title 18, United States Code, Sections 3142(e) and 3142(f).

1. ***Eligibility of Case***. This case is eligible for a detention order under 18 U.S.C. § 3142(f) because it is a case that involves:

_____ A crime of violence as defined in 18 U.S.C. § 3156(a)(4), violation of section 1591, or federal crime of terrorism for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(A)).
_____ An offense for which the maximum sentence is life imprisonment or death. (18 U.S.C. § 3142(f)(1)(B)).
_____ A Controlled Substances Act offense for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(C)).
_____ A felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses. (18 U.S.C. § 3142(f)(1)(D)).
_____ A felony that involves a minor victim or failure to register as a sex offender. (18 U.S.C § 3142(f)(1)(E)).
_____ A felony that involves the possession or use of a firearm, destructive device, or any other dangerous weapon. (18 U.S.C § 3142(f)(1)(E)).
__X__ A serious risk defendant will flee. (18 U.S.C. § 3142(f)(2)(A)).
_____ A serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror. (18 U.S.C. § 3142 (f)(2)(B)).

2. ***Reason for Detention.*** The Court should detain defendant, under 18 U.S.C. § 3142(e), because no condition or combination of conditions will reasonably assure:

__X__ Defendant's appearance as required.
_____ Safety of any other person and the community.

3. ***Rebuttable Presumption.*** The United States will invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e). The presumption applies because there is:

_____ A Controlled Substances Act offense for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(e)(3)(A)).
_____ An offense under Title 18, United States Code, Sections 924(c), 956(a), or 2332b. (18 U.S.C. § 3142(e)(3)(B)).
_____ A federal crime of terrorism for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(e)(3)(C)).
_____ An offense in Chapter 77 of Title 18 (human trafficking) for which the maximum sentence is 20 years or more. (18 U.S.C. § 3142(e)(3)(D))
_____ Previous conviction for "eligible" offense committed while on pretrial bond. (18 U.S.C. § 3142(e)(2)).
_____ A qualifying offense involving a minor victim. (18 U.S.C. § 3142(e)(3)(E)).

4. ***Time for Detention Hearing***. The United States requests the Court conduct the detention hearing:

_____ At first appearance.
_____ After continuance of three days.
__X__ Moot at this time, as an immigration detainer is in place against defendant. Hearing requested if detention becomes a viable issue.

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

JENNIFER P. SCHRAUTH
Assistant United States Attorney
Iowa State Bar No. AT0015322
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7563
Facsimile: 806-472-7394
E-mail: jen.schrauth@usdoj.gov